E-FILING

RECEIVED
JUN 13 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

FILED
JUL - 7 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

KEVIN V. RYAN (CASBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SHAWNA YEN (CASBN 224447)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5054
Fax: (408) 535-5066

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ARUNE WATCHA,<br><br>　　　　Defendant. | CR 05-00265 RMW<br><br>[Proposed]<br>ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |

This matter came before the Court for a status hearing on Monday, June 13, 2005. Counsel for the government and the defendant were present. At the conclusion of the hearing, and at the request of defense counsel, without objection by the government, the Court ruled as follows:

IT IS HEREBY ORDERED that this case is continued to August 29, 2005 at 9:00 a.m. for a plea hearing or a trial-setting conference.

IT IS FURTHER ORDERED that the period of time from June 13, 2005 through and including August 29, 2005 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B).

1  The Court finds that the ends of justice served by this continuance outweigh the best interests of
2  the public and the defendant in a speedy trial for the following reasons:
3        On June 6, 2005, the United States provided to defense counsel the report from a medical
4  examiner which sets forth those images depicting individuals under the age of 18, that it seeks to
5  provide to the defense. Defense counsel seeks to have her own expert review these images and
6  to thoroughly review the computer evidence with her client. In addition, defense counsel will
7  require the additional time because she has a three-week trial in another case at the end of this
8  month.
9        For the foregoing reasons, the Court finds that the interests of justice in granting this
10 continuance outweigh the defendant's and the public's interests in a speedy trial.
11       Dated this 28 day of June, 2005.
12
13
14 RONALD M. WHYTE
   United States District Judge
15 Copies to be served on:
16 SHAWNA YEN
   Assistant U.S. Attorney
17 150 Almaden Boulevard, Room 900
   San Jose, CA 95113
18
   THERESA GIBBONS, ESQ.
19 523 Octavia Street
   San Francisco, CA 94102
20
21
22
23
24
25
26
27
28