FILED

AUG -3 2005

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARUNE WATCHA,<br><br>Defendant. | No.  CR 05-00265 RMW<br><br>[PROPOSED]<br>ORDER GRANTING<br>REQUEST TO MODIFY<br>TERMS OF PRETRIAL RELEASE |

FOR GOOD CAUSE SHOWN, it is hereby ORDERED that the terms and conditions of Arune Watcha's pretrial release are modified to allow him to attend a professional training class in Tacoma, Washington, from August 10 to August 13, 2005.

Dated: 8/3/05

THE HONORABLE RICHARD SEEBORG
Judge
Magistrate United States District Court for the
Northern District of California