THERESA A. GIBBONS (CASBN 191633)
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472

Attorney for Defendant
ARUNE WATCHA

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILED - 3/9/06*

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                )<br>        Plaintiff,                )<br>                                )<br>        vs.                       )<br>                                )<br>ARUNE WATCHA,                     )<br>                                )<br>        Defendant.                )<br>_____ ) | No.    CR 05-00265-1 RMW<br><br>**STIPULATION AND<br>ORDER TO CONTINUE<br>SENTENCING** |

## TO:   THE CLERK OF THE ABOVE-ENTITLED HONORABLE COURT:

It is hereby stipulated that there exists good cause to continue the sentencing currently scheduled for March 20, 2006 at 9:00 a.m. in the above-captioned matter until April 24, 2006 at 9:00 a.m., in order to provide continuity of counsel.

Two weeks ago defense counsel's mother unexpectedly passed away. Since that time counsel has been involved in travel and personal business that has precluded giving adequate attention to the synthesis of expert testimony highly relevant to the issue of appropriate sentencing which has been gathered over the past three months. Specifically, counsel has been unintentionally delayed in developing and providing a synopsis of that testimony to Probation Officer Andy Whitener or Assistant United States Attorney Shawna Yen.

Counsel has contacted Assistant United States Attorney Shawna Yen, who has stated that she does not oppose the proposed continuance.

1  Counsel for Mr. Watcha has also contacted U.S. Probation Officer Andy Whitener,

2  who indicated that he has no objection to rescheduling the hearing to April 24, 2006.

3

4  **IT IS SO STIPULATED:**

5  DATED: _____   /s/
                                    _____

6                                   SHAWNA YEN

7                                   Attorney for Plaintiff

8                                   UNITED STATES OF AMERICA

9  DATED: _____   /s/
                                    _____

10                                  THERESA A. GIBBONS

11                                  Attorney for Defendant

12                                  ARUNE WATCHA

13  | I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document. |

14

15

16  IT IS SO ORDERED:

17

18  DATED:  3/9/06                  _ /S/ RONALD M. WHYTE _____

19                                  THE HONORABLE RONALD M. WHYTE

20                                  JUDGE of the United States District Court for the
                                    Northern District of California

21

22

23

24

25

26

27

28

2