1  THERESA A. GIBBONS, Esq. (CA SBN 191633)
   523 Octavia Street
2  San Francisco, CA 94102
   Telephone: (415) 608-3470
3
   Attorney for Defendant
4  ARUNE WATCHA

5

6              **UNITED STATES DISTRICT COURT**

7           **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

8                    **SAN JOSE DIVISION**       *E-FILED - 10/10/06*

9
                                      )   No.    CR 05-00265-1 RMW
10 UNITED STATES OF AMERICA,          )
                                      )   **STIPULATION AND**
11         Plaintiff,                 )   **[]**
           vs.                        )   **ORDER**
12                                    )   **EXONERATING BAIL**
   ARUNE WATCHA,                      )
13                                    )
           Defendant.                 )
14 _____)

15     The matter of Defendant ARUNE WATCHA having concluded on April 24, 2006, when

16 the defendant was sentenced before the Honorable Ronald M. Whyte, and the defendant having

17 surrendered to the Federal Bureau of Prisons as ordered on July 11, 2006, it is hereby

18 STIPULATED that the bond securing bail in this matter should be exonerated.

19 IT IS SO STIPULATED:

20

21 Date:_____    _____
                                           SHAWNA YEN, AUSA
22                                         Attorney for the Plaintiff

23 Date:_____    _____
                                           THERESA A. GIBBONS
24                                         Attorney for the Defendant
   IT IS SO ORDERED:
25

26 Date:__10/10/06_____        /s/ Ronald M. Whyte
                                           _____
27                                         THE HONORABLE RONALD M. WHYTE
                                           United States District Court
                                           Northern District of California
28 Stip and Order Exonerating Bond